**Michael E. Haglund**, OSB No. 772030
Email: mhaglund@hk-law.com
**Christopher Lundberg**, OSB No. 941084
email: clundberg@hk-law.com
**HAGLUND KELLEY LLP**
200 S.W. Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| METROFAB, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, a California corporation,<br><br>Defendant. | Case No.: 6:16-cv-00579<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that according to Fed. R. Civ. P. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated this 10th day of May, 2016.

HAGLUND KELLEY, LLP

By: s/ Michael E. Haglund
Michael E. Haglund, OSB No. 772030
Christopher Lundberg, OSB No. 941084
Attorneys for Plaintiff
Trial Attorney: Michael E. Haglund

PAGE 1 – NOTICE OF VOLUNTARY DISMISSAL

Haglund Kelley, LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
P102

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2016, I served the foregoing NOTICE OF DISMISSAL, on the following:

>Ron Clark
>Bullivant Houser Bailey PC
>300 Pioneer Tower
>888 SW Fifth Avenue
>Portland OR 97204-2089
>Ron.clark@bullivant.com
>
>Attorney for Defendant

by the following indicated method(s):

☒ by **mailing** and emailing a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☐ by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

>/s/Michael E. Haglund
>Michael E. Haglund, OSB No. 772030
>Christopher Lundberg, OSB No. 941084
>Attorneys for Plaintiff

PAGE 1 – CERTIFICATE OF SERVICE